HONORABLE LAUREN KING

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| VICTOR EPSTEIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>US FOODS, INC., an Illinois corporation,<br><br>Defendant. | Case No. 2:25-cv-00023-LK<br><br>**REQUEST FOR FRCP 41 VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

REQUEST FOR FRCP 41 VOLUNTARY
DISMISSAL WITHOUT PREJUDICE
CASE NO.: 2:25-cv-00023-LK

**JUSTICE LAW CORPORATION**
751 N. Fair Oaks Ave., Suite 101
Pasadena, California 91103
TEL. (818) 230-7502 • FAX (818) 230-7259
www.justicelawcorp.com

1  Plaintiff Victor Epstein ("Plaintiff") hereby files this Request for Voluntary Dismissal without Prejudice and [Proposed] Order of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendant has not yet filed an Answer pleading. Plaintiff requests that this action be dismissed without prejudice as to all claims, causes of action, and parties, with each party bearing their own attorney's fees and costs.

Dated: September 3, 2025

**JUSTICE LAW CORPORATION**

By: *s/ Dean Petitta*
Douglas Han (WSBA No. 59429)
*dhan@justicelawcorp.com*
Shunt Tatavos-Gharajeh (WSBA No. 59424)
*statavos@justicelawcorp.com*
Dean Petitta (WSBA No. 58295)
*dpetitta@justicelawcorp.com*
751 North Fair Oaks Avenue, Suite 101
Pasadena, CA 91103
Telephone: +1 818 230-7502

*Attorneys for Plaintiff Victor Epstein*

REQUEST FOR FRCP 41 VOLUNTARY
DISMISSAL WITHOUT PREJUDICE
CASE NO.: 2:25-cv-00023-LK

**JUSTICE LAW CORPORATION**
751 N. Fair Oaks Ave., Suite 101
Pasadena, California 91103
TEL. (818) 230-7502 • FAX (818) 230-7259
www.justicelawcorp.com

# I. [PROPOSED] ORDER

Pursuant to Federal Rule of Civil Procedure 41, and upon Plaintiff Victor Epstein's request to voluntarily dismiss this action without prejudice, this Court hereby dismisses this case without prejudice.

**IT IS SO ORDERED.**

Date: September 3, 2025

_____
The Honorable Lauren King
U.S. District Court Judge

REQUEST FOR FRCP 41 VOLUNTARY
DISMISSAL WITHOUT PREJUDICE
CASE NO.: 2:25-cv-00023-LK

**JUSTICE LAW CORPORATION**
751 N. Fair Oaks Ave., Suite 101
Pasadena, California 91103
TEL. (818) 230-7502 • FAX (818) 230-7259
www.justicelawcorp.com

# CERTIFICATE OF SERVICE

I certify under penalty of perjury under the laws of the State of Washington that, on the date stated below, I did the following:

On September 3, 2025, I transmitted a true copy of:

**REQUEST FOR FRCP 41 VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

in the above-entitled matter to:

| | |
|---|---|
| Alice Hoseterey<br>ahoesterey@orrick.com<br>kmantoan@orrick.com<br>**ORRICK HERRINGTON & SUTCLIFFE**<br>401 Union Street - Suite 3300<br>Seattle, WA 98101 | **[X] By ECF**<br>**[X] By Electronic Mail** |

Katie Briscoe
kbriscoe@orrick.com
**ORRICK HERRINGTON & SUTCLIFFE**
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497

Joseph Liburt
jliburt@orrick.com
**ORRICK HERRINGTON & SUTCLIFFE**
1000 Marsh Road
Menlo Park, CA 94025-1015

*Attorney(s)* for US Foods, Inc.

Executed on September 3, 2025, at Pasadena, California.

　　　　　　　　　　　　　　　　　　*/s/ Flor Gonzalez*
　　　　　　　　　　　　　　　　　　Flor Gonzalez

---

CERTIFICATE OF SERVICE
-1-

JUSTICE LAW CORPORATION,
751 N. Fair Oaks Ave., Ste. 101,
Pasadena, California, 91103
TEL. (818) 230-7502 • FAX (818) 230-7259
www.JusticeLawCorp.com